CHANG & DIAMOND APC
Steven J. Diamond, SBN 202174
624 BROADWAY #305
SAN DIEGO, CA 92101
(619)233-6300

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 07-15781-CB13 |
| Daniel and Julie Aguilar | DEBTORS' OBJECTION TO CLAIM NO. 2-2 FILED BY WELLS FARGO AUTO FINANCE |
| | DATE:   OCTOBER 07, 2010 |
| | TIME:   1:30 p.m. |
| DEBTOR(S) | CTRM:   303 |

TO THE HONORABLE BANKRUPTCY JUDGE:

Daniel and Julie Aguilar (hereinafter, "Debtors"), by and through Chang & Diamond, APC, objects to the allowance of claim numbered 2-2 filed by Wells Fargo Auto Finance in the amount of $790.52 and assigns the following reasons for same:

1. Debtors' filed for relief under Chapter 13 of the bankruptcy code on September 21, 2007.

2. The Debtors' Chapter 13 Plan was confirmed on November 07, 2007. Pursuant to the confirmed plan, the dividend to unsecured creditors is 100%. (See Docket No. 15)

3. Wells Fargo Auto Finance filed claim numbered 2-1 in the amount of $19,870.66 for the Vehicle on October 03, 2007. (See Exhibit 1)

4. Creditor, Wells Fargo Auto Finance filed a Motion for Relief from Automatic Stay for a 2004 Nissan Titan (hereinafter the "Vehicle") on January 13, 2010. (See Docket No. 47)

5. The Court signed the Order granting relief from stay regarding the Vehicle behalf of Wells Fargo Auto Finance on February 23, 2010. (See Docket No. 49)

6. Claim 2-1 was filed as amended on March 31, 2010 as claim 2-2 with the dollar amount stated as of the date of filing for $19,870.66 and amended to state the dollar amount due after the Motion for Relief from Stay was granted to $790.52. (See Exhibit 2)

7. Debtors' attorney tried to resolve the matter with Trustee Danielson's office via telephone on September 15, 2010. Per Trustee Danielson's employee Paulette Roseli, the Trustee's office will not pay the claim No. 2-2 as filed by the Wells Fargo Auto Finance in the amount of $790.52. They are paying according to the original proof of claim this will result in an overpayment to Wells Fargo Auto Finance in the amount of $19,080.14.

Wherefore, Debtors' pray that the court instruct Trustee Danielson's office to pay only the amount of $790.52 as per the amended claim No. 2-2 filed by Wells Fargo Auto Finance and to grant such further relief as the Court deems just and proper.

Dated: September 16, 2010

/s/ Steven J. Diamond
Attorney for Debtor